Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARTINA ROSALEZ,<br><br>Plaintiff,<br><br>v.<br><br>AUBURN REGIONAL MEDIAL CENTER, INC., a Washington Corporation; UNIVERSAL HEALTH SERVICES, INC., a foreign corporation doing business in the State of Washington; KENNETH D. BAKER, M.D.; DOCTOR 1-50, M.D.; DOCTOR 51-100 M.D.; and COMMUNITY HEATH CENTERS OF KING COUNTY dba AUBURN COMMUNITY HEATH CENTER aka HEALTHPOINT, a public benefit corporation,,<br><br>Defendants. | Case No. C09-0065-JCC<br><br>ORDER |

This matter comes before the Court on Plaintiff's Motion to Amend Pleadings (Dkt. No. 22). The Court has reviewed the files, noted the lack of any objections to amendment, and is fully advised. Generally, prior to trial, leave to amend should be "freely give[n] . . . when justice so requires." FED. R. CIV. P. 15(a)(2). Accordingly,

Plaintiff's motion to amend (Dkt. No. 22) is hereby GRANTED.

SO ORDERED this 12th day of May, 2009.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE